# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

RICKY ASHLEY                                                                                          PLAINTIFF

v.                                        4:10CV00495-JLH-JTK

BARACK OBAMA, et al.                                                         DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.     Why the record made before the Magistrate Judge is inadequate.

2.     Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.     The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

On May 20, 2010, *pro se* Plaintiff Ricky Ashley commenced this lawsuit under 42 U.S.C. § 1983 seeking declaratory relief against Defendant Barack Obama for allegedly "authorizing" a Saline County Sheriff's officer to "choke" Plaintiff during the course of an arrest (DE #2). Along with the complaint, Plaintiff filed an application to proceed *in forma pauperis* (DE #1). In an order dated June 14, 2010, the Court granted Plaintiff's motion to proceed *in forma pauperis*, but did not order service of process on Defendant Barack Obama until Plaintiff amended his complaint to include appropriate "persons" subject to suit under 42 U.S.C. § 1983 (DE #8). On June 21, 2010, Plaintiff filed an amended complaint leaving Barack Obama as a defendant, but adding Judges James M. Moody and Henry L. Jones, Jr., as additional defendants (DE #10). After reviewing both the original and amended complaints, the Court concludes that this action is frivolous and should be subject to *sua sponte* dismissal under 28 U.S.C. § 1915(e)(2)(B)(i).

District courts are required to carefully screen *in forma pauperis* complaints pursuant to 28. U.S.C. § 1915. More specifically, 28 U.S.C. § 1915(e)(2)(B)(i) states that a court <u>shall</u> dismiss an action in which a party is proceeding *in forma pauperis* if the court determines that the action is

frivolous.[1] *See Higgins v. Carpenter*, 258 F.3d 797, 800 (8th Cir. 2001) (upholding 28 U.S.C. § 1915(e)(2)(B) as permitting a court to engage in pre-service dismissals of suits brought *in forma pauperis*). A complaint is frivolous where it lacks an arguable basis either in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325-27 (1989).

In his original complaint, Plaintiff alleges that Barack Obama "authorized" the Saline County Sheriff's Department to "choke" Plaintiff during an arrest (DE #2). According to Plaintiff, this was done in retaliation for filing *Ashley v. Obama, et al.,* Case No. 4:09CV00659JMM/HLJ, a prior lawsuit dismissed for failure to prosecute. *Id.* In the amended complaint, Plaintiff vaguely accuses Judges Moody and Jones of, *inter alia*, denying him access to the court system (DE #10). These claims are similar to numerous suits Plaintiff has brought in the past. *See, e.g., Ashley v. Moody*, 4:03CV630SNL. For relief, Plaintiff seeks a declaratory judgment finding that the defendants violated his constitutional rights (DE #8). Plaintiff, however, includes no factual basis to support his claims aside from conclusory statements. *See Martin v. Aubuchon*, 623 F.2d 1282, 1286 (8th Cir. 1980) ("[Pro se] pleadings may not be merely conclusory; the complaint must allege facts, which if true, state a claim as a matter of law."); *see also Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (arguing that a well-pleaded complaint must contain "[f]actual allegations" that "raise a right to relief above the speculative level."). In order for this Court to grant declaratory relief, Plaintiff must demonstrate an "'actual controversy' between the parties . . . of sufficient immediacy and reality to warrant the issuance of a declaratory judgment." *Butler v. Dowd*, 979 F.2d 661, 673 (8th Cir. 1992). Plaintiff's complaint contains only vague statements and conjecture and does not

---

[1] 28 U.S.C. § 1915(e)(2)(B)(i) provides: "(2) Notwithstanding any filing fee, or any portion thereof, that may have been paid, the court shall dismiss the case at any time if the court determines that–(B) the action or appeal–(i) is frivolous or malicious."

offer further facts as to how the defendants deprived him of his constitutional rights under 42 U.S.C. § 1983. Without anything further, conclusory statements that Judges Moody and Jones were "bias[ed]" and "caus[ed] [Plaintiff] to serve thirteen calendar years in state prison" (DE #10), and that Barack Obama "authorized" a local police officer to use excessive force (DE #2), simply do not rise above frivolous speculation. *Twombly*, 550 U.S. at 555. This Court gave Plaintiff the opportunity to amend his complaint (DE #8), and he only added more parties and more vague conjecture (DE #10). As Plaintiff's complaint fails to reasonably establish the presence of valid claims against any of the defendants, it is dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

IT IS THEREFORE ORDERED that Plaintiff's claims are frivolous and are DISMISSED WITH PREJUDICE as against Barack Obama, Judge Moody, and Judge Jones. Plaintiff's Motion for Summary Judgement (DE #11) is thus DENIED as moot.

Dated this 25th day of June, 2010

_____
United States Magistrate Judge