### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### WESTERN DIVISION

RICKY ASHLEY                                                                           PLAINTIFF

v.                                  4:10CV00495-JLH-JTK

BARACK OBAMA, et al.                                    DEFENDANTS

### JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's claims against Barack Obama, Judge Jones, and Judge Moody are DISMISSED WITH PREJUDICE.

SO ADJUDGED this 16th day of July, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE